■ In the Matter of the Estate of MARY V. LORILLARD, Deceased. CHARLES S. McVEIGH, JR., et al., Appellants; ANGELO J. INGRASSIA, Respondent.— Appeal by the executors from so much of a decree of the Surrogate's Court, Orange County, dated May 5, 1969, admitting the will of decedent to probate, as allowed the respondent special guardian $5,000 for his services and disbursements. Decree modified, on the law and the facts, by reducing the allowance to $3,500. As so modified, decree affirmed insofar as appealed from, without costs. In our opinion, the allowance to respondent over and above $3,500 was excessive (cf. *Matter of Lipsit*, 21 A D 2d 509, 515–516; *Matter of Rich*, 8 A D 2d 730). Beldock, P. J., Christ, Brennan, Rabin and Kleinfeld, JJ., concur.

■ In the Matter of ANTHONY J. SAVASTA, Appellant, v. FRANK COVENEY et al., Respondents. (Proceeding No. 1.) In the Matter of JEROME A. AMBRO, JR., et al., Respondents, v. FRANK COVENEY et al., Respondents, and ANTHONY SAVASTA, Appellant. (Proceeding No. 2.)—In two proceedings with respect to the petition nominating petitioners in Proceeding 2 as candidates of the Huntington Taxpayers Party for public office in the Town of Huntington at the general election to be held on November 4, 1969 (Proceeding 1 to invalidate the nominating petition and Proceeding 2 to validate same), the appeal is from a judgment of the Supreme Court, Suffolk County, entered October 15, 1969, which dismissed the petition in Proceeding 1 and directed the respondent Board of Elections to accept the nominating petition. Judgment affirmed, without costs. No opinion. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of PATRICIA WRIGHT, Respondent, v. FRANKLIN STEAD, Appellant.—Appeal from order of the Family Court, Rockland County, dated December 15, 1964, deemed withdrawn, without costs, upon the stipulation of the attorneys for the respective parties dated October 9, 1969. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.